# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE RENEE FOUSE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>TINA HORNBEAK,<br><br>　　　　　Respondent. | 1:09-CV-01382 LJO JMD HC<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL and DIRECTING CLERK TO SERVE THE COURT OF APPEALS<br>(Doc. 28)<br><br>ORDER DISREGARDING AS MOOT PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY<br>(Doc. 29)<br><br>ORDER DISREGARDING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL<br>(Doc. 30) |

　　　　Petitioner Darlene Fouse is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

　　　　On June 14, 2011, judgment was entered denying the petition for writ of habeas corpus. On March 24, 2011, Petitioner filed a notice of appeal, a motion to proceed in forma pauperis, a motion for a certificate of appealability, and a motion for the appointment of counsel.

　　　　An examination of Petitioner's application to proceed in forma pauperis reveals that Petitioner is unable to afford the costs of an appeal. Accordingly, the Court finds Petitioner's application to proceed in forma pauper is appropriate. See 28 U.S.C. § 1915.

　　　　With regards to Petitioner's motion for certificate of appealability, the Court's Order of June 14, 2011, which adopted the Magistrate Judge's Findings and Recommendation, also declined to

issue a certificate of appealability. <u>See</u> Doc. 24. Accordingly, Petitioner's motion for certificate of appealability will be disregarded as moot.

As to Petitioner's motion for counsel, because Petitioner is seeking counsel to represent her before the Ninth Circuit, the Court will disregard the motion as it is better suited for review by the Ninth Circuit. If Petitioner wishes to pursue this motion, Petitioner is to re-file her motion with the Court of Appeals for the Ninth Circuit.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's Application to Proceed In Forma Pauperis is GRANTED and the Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit;

2. Petitioner's motion for a Certificate of Appealability is DISREGARDED; and

3. Petitioner's motion for appointment of counsel is DISREGARDED.

IT IS SO ORDERED.

Dated:   **April 4, 2011**              /s/ **Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE